# UNITED STATES DISTRICT COURT
for the

District of Alaska ▼

| | |
|---|---|
| F/V NORTHWESTERN, LLC | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 3:23-cv-00095-JMK |
| ORIGINAL PRODUCTIONS, INC. and TRIFECTA SOLUTIONS, LLC | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ORIGINAL PRODUCTIONS, INC.
C T Corporation System, Registered Agent
8585 Old Dairy Rd., Suite 208
Juneau, AK 99801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
LEGROS BUCHANAN & PAUL
4025 Delridge Way SW, Suite 500
Seattle, WA 98106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/26/23

Signature of Clerk or Deputy Clerk

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Original Productions, Inc/CT Corp. System, Agent
was received by me on *(date)* April 27, 2023

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mandee Collins, Registered Agent, who is designated by law to accept service of process on behalf of *(name of organization)* CT Corporations System the agent for Original Productions, Inc on *(date)* April 28, 2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: April 28, 2023

*Server's signature*

Jack Dayton, Civilian Process Server
*Printed name and title*

P.O. Box 33898, Juneau, Alaska 99801
*Server's address*

Additional information regarding attempted service, etc: