Nathan J. Beard, ABA #1905047
LE GROS BUCHANAN & PAUL
4025 Delridge Way SW, Suite 500
Seattle, WA 98106
Phone: (206) 623-4990
Facsimile: (206) 467-4828
Email: nbeard@legros.com

*Attorneys for Plaintiff F/V Northwestern, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| F/V NORTHWESTERN, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ORIGINAL PRODUCTIONS, INC. and TRIFECTA SOLUTIONS, LLC, <br><br> Defendants. | No.: 3:23-cv-00095-SLG-MMS |

## NOTICE OF SETTLEMENT

Plaintiff F/V Northwestern, LLC, hereby gives notice to the Court that the parties have reached a settlement of all claims in this matter. This notice is being filed with the consent of all parties. The parties request that the Court stay all deadlines in this matter pending execution of a release and completion of the settlement terms. On or before September 16, 2024, the parties will file either a Stipulation to Dismiss or a further status report with the Court.

///

///

NOTICE OF SETTLEMENT – Page 1
No. 3:23-cv-00095-SLG-MMS

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

Case 3:23-cv-00095-SLG-MMS   Document 24   Filed 08/14/24   Page 1 of 3

DATED this 14th day of August, 2024.

        *s/ Nathan J. Beard*
        NATHAN J. BEARD, ABA # 1905047
        LeGros Buchanan & Paul
        4025 Delridge Way SW, Suite 500
        Seattle, Washington 98106
        Telephone:   206-623-4990
        Facsimile:    206-467-4828
        Email:         nbeard@legros.com

        *Attorneys for Plaintiff F/V NORTHWESTERN, LLC*

NOTICE OF SETTLEMENT – Page 2
No. 3:23-cv-00095-SLG-MMS

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

Case 3:23-cv-00095-SLG-MMS   Document 24   Filed 08/14/24   Page 2 of 3

# CERTIFICATE OF SERVICE

  I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable Sharon L. Gleason and serve it on all associated counsel.

>William M. Bankston
>John R. Crone
>Bankston, Gronning, Brecht, P.C.
>1127 W. 7th Avenue, Ste. 200
>Anchorage, AK 99501
>Telephone: (907) 276-1711
>Facsimile: (907) 279-5358
>Email: wbankston@bgbalaska.com
>   jcrone@bgbalaska.com
>*Attorneys for Defendants Original Productions, Inc. and Trifecta Solutions, LLC*
>
>Matthew E. Feinberg
>Mansitan Sow
>PilieroMazza PLLC
>1001 G Street NW, Ste. 1100
>Washington, DC 20001
>Telephone: (202) 857-1000
>Facsimile: (202) 857-0200
>Email: mfeinberg@pilieromazza.com
>   msow@pilieromazza.com
>*Pro Hac Vice Attorneys*

  I certify under penalty of perjury under the laws of the United States and the State of Alaska that the foregoing is true and correct.

  Signed at Seattle, Washington this 14th day of August, 2024.

>*s/ Sheila Baskins*
>Sheila Baskins | Legal Assistant
>LeGros Buchanan & Paul
>4025 Delridge Way SW, Suite 500
>Seattle, Washington 98106-1271
>Telephone: 206-623-4990
>E-mail: sbaskins@legros.com

NOTICE OF SETTLEMENT – Page 3
No. 3:23-cv-00095-SLG-MMS

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

Case 3:23-cv-00095-SLG-MMS   Document 24   Filed 08/14/24   Page 3 of 3